```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-24-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITIGROUP INC.,

        Plaintiff,

v.

ABU DHABI INVESTMENT AUTHORITY,

        Defendant.

---

13 Civ. 6073 (PKC)

~~FILED UNDER SEAL~~

[~~PROPOSED~~] ORDER

      WHEREAS, plaintiff Citigroup Inc. ("Citigroup") commenced the above-captioned action on August 28, 2013;

      WHEREAS, on August 28, 2013, Judge Engelmayer, on Citigroup's motion, ordered the docket in this action to be sealed pending further order of the Court;

      WHEREAS, on September 12, 2013, this Court ordered the parties to show cause why the docket in this action and any documents filed in it should remain under seal;

      WHEREAS, on September 18, 2013, defendant Abu Dhabi Investment Authority ("ADIA") submitted a memorandum of law in response to the Court's Order to Show Cause asking the Court to keep under seal certain exhibits appended to the Declaration of Leslie Gordon Fagen, dated August 27, 2013;

      WHEREAS, on September 18, 2013, Citigroup submitted a letter in response to the Court's Order to Show Cause supporting ADIA's request;

      WHEREAS, on September 19, 2013, the Court ordered any party seeking to keep documents under seal to comply with its Order to Show Cause by submitting, no later than September 23, 2013, redacted and unredacted copies of the documents that party seeks to keep under seal;

WHEREAS, during a September 20, 2013 telephonic conference, the Court ordered the parties to submit a joint motion to unseal the docket in this action;

WHEREAS, on September 23, 2013, ADIA submitted, pursuant to the Court's Order to Show Cause, a letter in further support of its request for sealing of Exhibits A, D, G and H to the Declaration of Leslie Gordon Fagen, dated August 27, 2013;

IT IS HEREBY STIPULATED AND AGREED that:

(1) The Clerk of the Court shall unseal the docket in this action;

(2) The Clerk of the Court shall file all previously sealed documents in this action on the docket, except that Exhibits A, D, G and H to the Declaration of Leslie Gordon Fagen, dated August 27, 2013, shall remain under seal pending further order of this Court.

Dated: New York, New York
September 23, 2013

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Daniel J. Toal

Brad S. Karp (bkarp@paulweiss.com)
Leslie Gordon Fagen (lfagen@paulweiss.com)
Daniel J. Toal (dtoal@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Plaintiff Citigroup Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/

Peter Calamari (petercalamari@quinnemanuel.com)
Fred Bennett (fredbennet@quinnemanuel.com)
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Defendant Abu Dhabi Investment Authority*

SO ORDERED:

/s/
The Honorable P. Kevin Castel, U.S.D.J.

9-23-13