UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIGROUP INC.,<br><br>                    Plaintiff,<br><br>             v.<br><br>ABU DHABI INVESTMENT AUTHORITY,<br><br>                    Defendant. | 13 Civ. 6073<br><br>**MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in support of this motion, and the pleadings herein, Defendant Abu Dhabi Investment Authority will move this Court, before the Honorable P. Kevin Castel, United States District Judge, for an order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and the Federal Arbitration Act (9 U.S.C. § 1 *et seq.* (2012)), (i) dismissing the complaint filed by Plaintiff Citigroup for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted, and (ii) compelling arbitration of the issues raised by Citi in the Complaint and accompanying motion for preliminary injunction.

DATED: 9/23/13

QUINN EMANUEL URQUHART &
    SULLIVAN, LLP

By: _____
Peter E. Calamari, Esq.
Fred G. Bennett, Esq.
Tai-Heng Cheng, Esq.
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Defendant
Abu Dhabi Investment Authority*