USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10-8-13_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITIGROUP INC.,

            Plaintiff,

v.

ABU DHABI INVESTMENT
AUTHORITY,

            Defendant.

13 Civ. 6073

STIPULATION AND
[~~PROPOSED~~] ORDER

The parties hereto, through their respective counsel of record, hereby stipulate to the following, which has been requested by Defendant Abu Dhabi Investment Authroity ("ADIA"_ and consented to by Plaintiff Citigroup Inc. ("Citi"), subject to confirmation by order of the Court:

1. In connection with Plaintiff Citigroup Inc.'s ("Citigroup") Memorandum of Law in support of its preliminary injunction motion, the prescribed page limits on Defendant Abu Dhabi Investment Authority's ("ADIA") response to the motion, and on Citigroup's reply to the response, may each be increased by ten (10) pages; and

2. The filing/service date for ADIA's response to the motion shall be extended from October 9, 2013, to October 14, 2013, and the filing/service date for Citigroup's reply extended from October 23, 2013, to October 28, 2013.

Dated: New York, New York
      October 7, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____*Peter Calamari /js.*_____

    Peter Calamari (petercalamari@quinnemanuel.com)
    Fred Bennett (fredbennett@quinnemanuel.com)
    Tai-Heng Cheng (taihengcheng@quinnemanuel.com)
    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    (212) 849-7000

*Attorneys for Defendant Abu Dhabi Investment Authority*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____*Daniel J. Toal*_____

    Brad S. Karp (bkarp@paulweiss.com)
    Leslie Gordon Fagen (lfagen@paulweiss.com)
    Daniel J. Toal (dtoal@paulweiss.com)
    1285 Avenue of the Americas
    New York, New York 10019-6064
    (212) 373-3000

*Attorneys for Plaintiff Citigroup Inc.*

SO ORDERED: _____   10-7-13

_____
U.S.D.J.