**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7171

WRITER'S INTERNET ADDRESS
petercalamari@quinnemanuel.com

October 21, 2013

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Citigroup Inc. v. Abu Dhabi Investment Authority*, No. 13-cv-6073 (PKC)

Dear Judge Castel:

We represent Defendant Abu Dhabi Investment Authority in the above-referenced action. In compliance with the Court's Order of October 16, 2013 (Exhibit A hereto), attached are the unredacted Investment Agreement (Exhibit B hereto), and a redacted version of the Award and Statement of Reasons (Exhibit C hereto).

Respectfully,

Peter E. Calamari