# Exhibit A

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CITIGROUP INC.,

               Plaintiff,               13 Civ. 6073 (PKC)

    -against-                           ORDER

ABU DHABI INVESTMENT AUTHORITY,,

               Defendant.
------------------------------------------------------------x

CASTEL, District Judge:

        The Court has given the defendant an opportunity to present argument and evidence, orally and in writing, on the issue of public access to documents filed in this case. The Court has reviewed defendant's letter of October 11, 2013 in the context of all previous argument and submissions on the subject. Defendant does not object to the filing of the Investment Agreement in unredacted form but continues to object to filing any portion of the arbitration Award and Statement of Reasons.

        The Court is satisfied that the Award and Statement of Reasons has a sufficient relationship to the plaintiff's motion that it ought not remain entirely under seal. Nevertheless, the Court provisionally accepts defendant's proffered reasons for the redactions to the Award and Statement of Reasons but reserves the right to reassess those redactions when it has a better understanding of the relationship, if any, of the redacted materials to the parties' motions.

        Defendant shall file Exhibit A to the letter of October 11, 2013, the unredacted Investment Agreement, and Exhibit C to that letter, the redacted version of the Award and Statement of Reasons, with the Clerk of Court via ECF within five business days.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
October 15, 2013