USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CITIGROUP, INC.,

                Plaintiff,

    -against-

ABU DHABI INVESTMENT AUTHORITY,
                Defendant.
------------------------------------------------------------X

13 **CIVIL** 6073 (PKC)

**JUDGMENT**

    Plaintiff Citigroup, Inc. ("Citigroup") having moved for a preliminary injunction to enjoin the new arbitration; Separately, Abu Dhabi Investment Authority ("ADIA") having moved to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and to compel arbitration, and the matter having come before the Honorable P. Kevin Castel, United States District Judge, and the Court, on November 25, 2013, having rendered its Memorandum and Order granting defendant's motion to dismiss and compel arbitration, denying plaintiff's motion for a preliminary injunction, and directing the Clerk to enter judgment for the defendant, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 25, 2013, Defendant's motion to dismiss and compel arbitration is granted; Plaintiff's motion for a preliminary injunction is denied, and judgment is hereby entered for the defendant.

**Dated:**  New York, New York
           November 26, 2013

                                        **RUBY J. KRAJICK**

                                                Clerk of Court
                          BY:

                                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____